IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA, <br><br> Plaintiff(s), <br><br> v. <br><br> Cardell Coleman, <br><br> Defendant(s). | Case No. 19-cr-201-6 <br> Judge Sara L. Ellis |

### ORDER

In court hearing held. Defendant appears in response to arrest warrant issued on 3/22/2023. It is hereby ordered that Cardell Coleman is released from the custody of the US Marshals Service on 8/15/2023. Cardell Coleman shall continue with supervised release and abide by the conditions as set forth in the sentencing order and any additional conditions as stated in open court. In-court hearing set for 11/14/2023 at 10:00 a.m.

(T:15)

Date: 8/15/2023

_____
U.S. District Court Judge Sara L. Ellis